People v Lady P. (2023 NY Slip Op 00168)

People v Lady P.

2023 NY Slip Op 00168

Decided on January 12, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 12, 2023

Before: Kern, J.P., Oing, Scarpulla, Pitt-Burke, Higgitt, JJ. 

Ind. No. 59/15 Appeal No. 17093 Case No. 2017-2176 

[*1]The People of the State of New York, Respondent,
v
Lady P., Defendant-Appellant.

Justine M. Luongo, The Legal Aid Society, New York (Kristina Schwarz of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Emily A. Aldridge of counsel), for respondent.

Judgment, Supreme Court, Bronx County (William Mogulescu, J), rendered March 29, 2016, convicting defendant, upon her plea of guilty, of criminal mischief in the fourth degree, adjudicating her a youthful offender, and sentencing her to a conditional discharge of one year, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fee imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers and the People's consent, we vacate the surcharge and fees imposed at sentencing (see People v Chirinos, 190 AD3d 434 [1st
Dept 2021]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 12, 2023